IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RAMILABAHEN PATEL, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-42-CDL-AGH |
| | * | |
| Warden, STEWART DETENTION CENTER, *et al.*, | * | |
| Respondents. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 20, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 20th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk